UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                   CR. NO. 25-30313

   Plaintiff,

v.

AMMAR SAID,

   Defendant.
_____/

## EXPARTE MOTION ALLOWING LAPTOP INTO CORRECTIONAL FACILITY

  Defendant Ammar Said, through his attorneys, Michael E. Carter and Elizabeth A. Young of the Federal Community Defender, respectfully requests that this Court order that that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material, due to the refusal of the correctional facility to allow a laptop into their facility without a court order.

                  Respectfully submitted,

                  **FEDERAL COMMUNITY DEFENDER**
                  **EASTERN DISTRICT OF MICHIGAN**

                  s/Elizabeth A. Young
                  MICHAEL E. CARTER (P71722)
                  ELIZABETH A. YOUNG (P76842)
                  Attorneys for Defendant
                  613 Abbott Street, Suite 500
                  Detroit, Michigan 48226
                  (313) 967-5849
                  E-mail:  elizabeth_young@fd.org

Dated:  June 27, 2025