UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 25-mj-30313
                                          Magistrate Judge Unassigned

v.

AMMAR SAID,

        Defendant.
_____/

### ORDER GRANTING MOTION TO ALLOW COUNSEL TO BRING A LAPTOP OR TABLET AND ELECTRONIC MEDIA STORAGE INTO SANILAC COUNTY JAIL DURING PROFESSIONAL VISITS

A significant amount of discovery materials involving the instant case has been provided to counsel in electronic format by the United States Government. A significant amount of that discovery is under a protective order. This Court finds it reasonable and necessary to enter an order allowing counsel William W. Swor to bring a laptop or tablet computer and electronic media storage during professional visits at Sanilac County Jail, or any facility at which Ammar Said may be detained, to review and discuss discovery materials and prepare for trial with his attorney.

**IT IS HEREBY ORDERED** that counsel, William W. Swor, may bring a laptop computer or tablet and electronic storage media into Sanilac County Jail or

any facility at which Mr. Said may be detained, during professional visits for reviewing and discussing discovery materials in this case.

s/David R. Grand<br>United States Magistrate Judge

Dated: 7/30/25